Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.   Case No. F05-0015CR (TWH)

DANIEL R. MYRICK

On April 14, 2005, the above-named was placed on probation for a period of nine months years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant's fine has been paid in full and it was the intention of the court that upon payment of the fine, the defendant's probation be terminated.

It is accordingly recommended that Daniel R. Myrick be discharged from supervision.

Respectfully submitted,

*[signature]*
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

*[signature]*
Marci D. Lundgren
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 18 day of Jan, 2006.

*[signature]*
Terrance W. Hall
U.S. Magistrate Judge